**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6150**

———————

JOHNNY DEAN POWELL,

Plaintiff - Appellant,

versus

STEPHEN HARRIS; STATE OF MARYLAND PUBLIC DE-
FENDERS OFFICE; STATE OF MARYLAND PROSECUTORS
OFFICE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-
95-3377-DKC)

———————

Submitted: October 3, 1996          Decided: October 10, 1996

———————

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Johnny Dean Powell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Powell v. Harris, No. CA-95-3377-DKC (D. Md. Dec. 21, 1995). To the extent that Appellant's claim against the Maryland Public Defender's Office was intended as a damage action rather than a habeas action, we note that public defenders are not considered state actors for § 1983 purposes; thus, no award of damages would have been proper. Polk County v. Dodson, 454 U.S. 312 (1981). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED